**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RACHEL L. McCLINTOCK (SBN 262006)
    E-Mail: Rachel.McClintock@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**THE LAW OFFICES OF STEPHEN M. BENARDO**
A PROFESSIONAL LAW CORPORATION
STEPHEN M. BENARDO (SBN 160239)
    E-Mail: Steve@BenardoLaw.com
15233 Ventura Boulevard, Suite 420
Sherman Oaks, California 91403
Telephone: 818.788.2300
Facsimile: 818.788.2464

**LAW OFFICES OF STUART L. CARROLL**
STUART L. CARROLL (SBN 163980)
    E-Mail: Stuart@Carrollaw.com
400 Continental Boulevard, Suite 600
El Segundo, California 90245
Telephone: 310. 615.1935

Attorneys for Defendants, Counter-Claimants and Third-Party Plaintiff LIL' DUDE PROPERTIES, LLC and ALAN MAYER

FILED
CLERK, U.S. DISTRICT COURT
FEB - 5 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA GARCIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIL' DUDE PROPERTIES, LLC; ALAN MARCELA MAYER; AND DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:18-cv-10093-SVW-AFM<br><br>[Assigned to:<br>The Hon. Stephen V. Wilson]<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING PLAINTIFF AMANDA GARCIA AND DEFENDANTS LIL' DUDE PROPERTIES, LLC AND ALAN MARCELA MAYER'S JOINT STIPULATION FOR REMAND TO STATE COURT |

/ / /
/ / /
/ / /
/ / /

4831-9245-6581.1　　　　　　　　　　　　　　　　2:18-cv-10093-SVW-AFM
[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR REMAND TO STATE COURT

[PROPOSED] ORDER

On February 1, 2019, the Parties to the above-referenced action filed a Joint Stipulation to Remand the Removed Action. The Court having reviewed the stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. Central District of California Case Number 2:18-cv-10093-SVW-AFM styled AMANGA GARCIA v. LIL' DUDE PROPERTIES, LLC, et al. is hereby remanded to the Superior Court of the State of California in and for the County of Los Angeles.

IT IS SO ORDERED.

Dated: 2/5/19

Honorable Stephen V. Wilson